UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 18-10068-CIV-MARTINEZ-REID

HORKENE T. CADE,

    Petitioner,

v.

MARK S. INCH, *et al.*,

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

    THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Petitioner's *pro se* Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition"), (ECF No. 8). Magistrate Judge Reid filed a Report and Recommendation, (ECF No. 40), recommending that (1) the petition be denied; (2) judgment be entered in favor of Respondent; and (3) no certificate of appealability be issued. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court finds that Judge Reid's well-reasoned report and recommendation properly addresses in detail the reasons for denying the Petition on the merits as to all eight claims. Accordingly, it is

    **ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation, (ECF No. 40), is **AFFIRMED** and **ADOPTED**. It is **FURTHER ADJUDGED** that:

    1.    Petitioner's *pro se* Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, (ECF No. 8), is **DENIED** on the merit**s**.

    2.    No certificate of appealability shall issue.

    3.    This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of August, 2021.

                                                _____
                                                JOSE E. MARTINEZ
Magistrate Judge Reid                         UNITED STATES DISTRICT JUDGE
All counsel of record
Horkene T. Cade, *pro se*